**Eugene J. CHAPPELL, Appellant,**

v.

**Jesse BROWN, Secretary of Veterans Affairs, Appellee.**

**No. 91–1571.**

United States Court of Veterans Appeals.

March 18, 1993.

Joseph A. Violante, Washington, DC, was on the brief for appellant.

James A. Endicott, Jr., Gen. Counsel, David T. Landers, Acting Asst. Gen. Counsel, Pamela L. Wood, Deputy Asst. Gen. Counsel, and Arthur L. Kraut, Washington, DC, were on the pleadings for appellee.

Before NEBEKER, Chief Judge, and FARLEY and IVERS, Associate Judges.

PER CURIAM:

Appellant appeals a May 17, 1991, Board of Veterans Appeals (Board) decision which denied an increased rating for his service-connected post-traumatic stress disorder, currently rated as 30% disabling. On consideration of the parties' pleadings and the record on appeal, the Board's decision is vacated and the matter is remanded for readjudication. *See Hood v. Brown,* 4 Vet. App. 301 (1993).